JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL ANGEL ARCOS VELEZ,

     Petitioner,

   v.

WARDEN OF THE DESERT VIEW FACILITY, et al.,

     Respondents.

Case No. 5:26-cv-03070-SP

**JUDGMENT**

  Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

  IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 30, 2026

SHERI PYM
United States Magistrate Judge